FILED
OCT 14 3 42 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSE GALINDEZ;<br>Plaintiff | : | CIVIL ACTION NO.<br>3:01 CV 1337 (JBA) |
| VS. | : | |
| MARTIN MILLER AND<br>CITY OF HARTFORD;<br>Defendants | : | OCTOBER 10, 2003 |

**APPEARANCE**

Please enter my appearance as Attorney for the defendants, Martin Miller and City of Hartford, in the above-entitled case.

DEFENDANTS,
MARTIN MILLER AND
CITY OF HARTFORD

BY: Michael C. Collins

Michael C. Collins
Fed. Bar No. ct 01422
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, CT 06103
Tele: (860) 522-6103

CERTIFICATION

This is to certify that on this 10th day of October, 2003, the foregoing was either mailed, postpaid, or hand-delivered to:

Jonathan M. Abels, Esq.
26 North Main Street
West Hartford, CT 06107

Otto P. Witt, Esq.
P.O. Box 886
Bloomfield, CT 06002

Michael C. Collins

473368.1

05645.0600