FILED

Oct 14  3 43 PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSE R. GALINDEZ AND | : | CIVIL ACTION |
| JOSE L. GALINDEZ, | : | NO. 3:01CV1337 (JBA)(JGM) |
| Plaintiffs | : | |
| | : | |
| V. | : | |
| | : | |
| MARTIN MILLER AND | : | |
| CITY OF HARTFORD, | : | |
| Defendants | : | OCTOBER 9, 2003 |

**MOTION, BY CONSENT, REQUESTING ENLARGEMENT OF TIME
FOR THE FILING OF THE JOINT TRIAL MEMORANDUM,
SCHEDULING OF THE PRETRIAL CONFERENCE AND JURY SELECTION**

The undersigned defendants, Martin Miller and the City of Hartford, joined by the plaintiffs, Jose R. Galindez and Jose L. Galindez, respectfully request an enlargement of time for an additional forty-five (45) days, to and including December 18, 2003, for the parties to file the Joint Trial Memorandum; until some time after January 5, 2004 for the scheduling of the pretrial conference; and for the jury selection herein to be held on this Court's January or February 2004 jury selection calendar. The parties have scheduled a settlement conference with Magistrate Judge Margolis for October 15, 2003.

The enlargement of time requested herein is for good cause as follows. Counsel for the defendants is completing the Trial Memorandum, and other necessary trial preparation, and is about to commence trial in the District Court in Hartford in November,

05645.0600

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN
& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

with jury selection scheduled for November 12, 2003, and evidence to start immediately thereafter.

Trial counsel for the plaintiffs, Otto P. Witt, is in the process of moving his residence and is, understandably, preoccupied with same.

Given these circumstances, counsel for the respective parties would find it difficult to properly prepare this matter for trial, and respectfully request the additional time sought by this motion. The settlement conference before Magistrate Judge Margolis will go forward, as scheduled, on October 15, 2003.

As indicated, counsel for all parties are in agreement as to this motion and the need for same.

This is the <u>first</u> motion by the parties for an enlargement of time within which to file the Joint Trial Memorandum, schedule the pretrial conference and attend jury selection.

WHEREFORE, for the foregoing reasons, the undersigned defendants, joined by the plaintiffs, respectfully request the additional time for the filing of the Joint Trial Memorandum, scheduling the pretrial conference and jury selection.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

THE DEFENDANTS:
MARTIN MILLER AND
CITY OF HARTFORD

By_____
James J. Szerejko of
HALLORAN & SAGE LLP
Fed. Bar #ct4326
One Goodwin Square
225 Asylum Street
Hartford, CT  06103
(860) 522-6103

## CERTIFICATION

This is to certify that on this 9th day of October, 2003, I hereby mailed a copy of the foregoing to:

Jonathan Abels, Esq.
26 N. Main Street
West Hartford, CT 06107

Otto P. Witt, Esq.
P.O. Box 886
Bloomfield, CT 06002

cc: Chambers of Magistrate Judge Joan G. Margolis
United States District Court
141 Church Street
New Haven, CT 06510

_____
James J. Szerejko

473279.1(HS-FP)

- 3 -

One Goodwin Square
225 Asylum Street
Hartford, CT  06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105