10/15
12:05

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable Joan G. Margolis, U. S. Magistrate Judge
141 Church St.
New Haven
Chambers Room 303

October 15, 2003

10:00 A.M.

PARTIES MUST BE AVAILABLE BY TELEPHONE IF THEY ARE
UNABLE TO ATTEND THE CONFERENCE

3-01-cv-1337   (JBA) Galindez v Miller
-------------------------------------------------------

    COUNSEL OF RECORD:

| | |
|---|---|
| Jonathan Abels | 26 N. Main St., West Hartford, CT  860-313-4040 |
| Eric P. Daigle | Halloran & Sage, One Goodwin Sq., 225 Asylum St., Hartford, CT 860-522-6103 |
| James J. Szerejko | Halloran & Sage, One Goodwin Sq., 225 Asylum St., Hartford, CT 860-522-6103 |
| Otto P. Witt | PO Box 886, Bloomfield, CT  860-726-1868 |

MR Galindez

                                      BY ORDER OF THE COURT
                                      KEVIN F. ROWE, CLERK