UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **GALINDEZ** | : | FILED |
| v. | : | NO. 3:01cv1337(JBA)  9 28 AM '03 |
| MILLER, ET AL | : | U.S. DISTRICT COURT
NEW HAVEN, CONN. |

### ENDORSEMENT ORDER [DOC. #64]

Defendants' Motion for Extension of Time [doc. #64] is GRANTED, with consent, as follows:

1. The parties' Joint Trial Memorandum will be filed 12/18/03.

2. A pre-trial conference will be held 12/22/03 at 3:30 p.m. in Chambers Room 118.

3. Jury selection will be held 1/7/04 at 9:00 a.m. in Courtroom Two.

4. Trial will commence 1/12/04, 8:30 a.m. - 2:00 p.m. daily.

IT IS SO ORDERED.

_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: <u>October 23, 2003</u>