UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JOSE GALINDEZ                    :
JOSE L. GALINDEZ
vs                              :      Civil No. 3:01cv1337 JBA

MARTIN MILLER                    :
CITY OF HARTFORD

ORDER OF DISMISSAL

Notice having been sent to counsel of record on October 30, 2003 pursuant to Local Rule 41(b), indicating that the above-entitled case would be dismissed if closing papers were not filed on or before Novembrer 29, 2003,

No closing papers having been received and no requests for continuance having been received, it is hereby,

ORDERED that the complaint on file herein, be and hereby is, dismissed pursuant to Local Rule 41(b), without costs to any party and without prejudice to the right of any party thereto to move within 30 days hereof, upon good cause shown, to reopen the case if the settlement has not been consummated.

Dated at New Haven, Connecticut, this 3rd day of December, 2003.

IT IS SO ORDERED:

_____
Janet Bond Arterton, U.S.D.J.