

FILED
Jan 27  2 30 PM '04

### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSE R. GALINDEZ AND<br>JOSE L. GALINDEZ,<br>Plaintiffs | : <br>: <br>: | CIVIL ACTION<br>NO. 3:01CV1337 (JBA) |
| V. | : | |
| MARTIN MILLER AND<br>CITY OF HARTFORD,<br>Defendants | : <br>: <br>: | JANUARY 15, 2004 |

### STIPULATION TO DISMISS

The parties hereto stipulate and agree that this action may be dismissed with prejudice, and without costs or attorneys' fees being awarded to any of these named parties, and that judgment enter accordingly.

        THE PLAINTIFFS:
        JOSE R. GALINDEZ AND
        JOSE L. GALINDEZ

        By_____
        Jonathan Abels, Esq.
        Federal Bar #ct11920
        26 N. Main Street
        West Hartford, CT 06107
        Their Attorneys

05645.0600

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN**
**& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

THE DEFENDANTS:
MARTIN MILLER AND
CITY OF HARTFORD

By_____
James J. Szerejko of
HALLORAN & SAGE LLP
Fed. Bar #ct4326
One Goodwin Square
225 Asylum Street
Hartford, CT  06103
szerejko@halloran-sage.com
(860) 522-6103
Their Attorneys

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 23rd day of January, 2004, I hereby mailed a copy of the foregoing to:

Jonathan Abels, Esq.
26 N. Main Street
West Hartford, CT 06107

Otto P. Witt, Esq.
P.O. Box 886
Bloomfield, CT 06002

cc: Chambers of Magistrate Judge Joan G. Margolis
    United States District Court
    141 Church Street
    New Haven, CT 06510

*James J. Szerejko*

503924.1(HS-FP)

- 3 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105