FILED

Jan 27  2:20 PM '04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSE R. GALINDEZ AND<br>JOSE L. GALINDEZ,<br>   Plaintiffs | :<br>:<br>: | CIVIL ACTION<br>NO. 3:01CV1337 (JBA) |
| V. | : | |
| MARTIN MILLER AND<br>CITY OF HARTFORD,<br>   Defendants | :<br>:<br>: | JANUARY 15, 2004 |

### STIPULATION TO DISMISS

The parties hereto stipulate and agree that this action may be dismissed with prejudice, and without costs or attorneys' fees being awarded to any of these named parties, and that judgment enter accordingly.

                                         THE PLAINTIFFS:
                                         JOSE R. GALINDEZ AND
                                         JOSE L. GALINDEZ

                                         By_____
                                         Jonathan Abels, Esq.
                                         Federal Bar #ct11920
                                         26 N. Main Street
                                         West Hartford, CT 06107
                                         Their Attorneys

ORDERED ACCORDINGLY
KEVIN F. ROWE
Clerk, U.S. District Court
by_____ DEPUTY CLERK

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

05645.0600

**HALLORAN**
**& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105